UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

NOVUS FRANCHISING, INC.,                Civil No. 09-1256 (JRT/SRN)

                        Plaintiff,

v.
                                        **ORDER FOR DISMISSAL**

JOEL M. BROWN,

                        Defendant.
_____

Cynthia Klaus and James Susag, **LARKIN, HOFFMAN, DALY & LINDGREN, LTD,** 7900 Xerxes Avenue South, Suite 1500, Minneapolis, MN 55431, for plaintiff.

W. Michael Garner and John Holland, DADY & GANER, PA, 80 South Eighth Street, Suite 5100, Minneapolis, MN 55402, for defendant.

Pursuant to the parties' stipulation of dismissal filed on September 14, 2009 [Docket No. 15],

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party bearing its own costs.

DATED: September 15, 2009
at Minneapolis, Minnesota.                    s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              United States District Judge